IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LAURETTA E. MELENDEZ                      :

             v.                           :        NO.   11-CV-260

NCO FINANCIAL SYSTEMS, INC.               :

**FILED**
MAY 2 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk


JUDGMENT


BEFORE YOHN, J.

         AND NOW, to wit, this 23rd day of May, 2011,
It is ORDERED that in accordance with NCO Financial Systems, Inc.
offer of judgment and plaintiffs acceptance pursuant to F.R.C.P.
68, Judgment is entered in favor of Plaintiff and against NCO
Financial Systems, Inc. in the amount of $1,000.00 together with
interest and costs.


                         BY THE COURT:



                         ATTEST:


                         Deputy Clerk


judg